Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1ˢᵗ Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

Elam, rashaan, mechelle, Sui Juris
C/O 1004 North West Street
Apartment 5
Carlisle, Pennsylvania
(ZIP Exempt pursuant to DMM 602)
717-614-7786

RE_____US
(tracking number for mailed copy)

## In The Federal District Court for the Middle District of Pennsylvania

A Common Law Court of Record

| | |
|---|---|
| Elam, rashaan, mechelle sui juris Dba. RASHAAN MECHELLE ELAM | § Case Number: CP-21-CR-1262-2018 § |
| v. | § NOTICE OF MOTION AND § MOTION TO INTERVENE |
| PUBLIC OFFICER(S) | § WITH AN INJUNCTION |
| -Josh Shapiro D/b/a. JOSH SHAPIRO d/b/a Attorney General for Commonwealth of Pennsylvania, | § 1:18-mc-501. § § |
| -Tom Wolf d/b/a TOM WOLF d/b/a Governor of Commonwealth of Pennsylvania | § § |
| - Robert Torres D/b/a ROBERT TORRES d/b/a Secretary of the Commonwealth of pennsylvania | § § |
| - Ronnie R. Anderson D/B/A RONNIE R. ANDERSON SHERIFF of CUMBERLAND COUNTY PENNSYLVANIA and All DEPUTIES | § § § |
| - Jessica Brewbaker, Edward Guido, Christylee Peck, and Thomas Placey D/b/a CUMBERLAND COUNTY PENNSYLVANIA COURT OF COMMON PLEAS JUDGES | § § § |
| CARLISLE BOROUGH POLICE DEPARTMENT | § |
| MIDDLESEX POLICE TOWNSHIP POLICE DEPARTMENT | § |
| PENNSYLVANIA STATE POLICE DEPARTMENT | § |
| PENNSYLVANIA DEPARTMENT OF TRANSPORTATION | § |

FILED
HARRISBURG, PA
AUG 2 4 2018
Per _____
Deputy Clerk

**CONSTITUTIONAL CHALLENGE**          Page 1 of 12

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

## NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL UNITED STATES STATUTES, PENNSYLVANIA STATUTES AND STATE OF STATES WHERE No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; AND MOTION TO INTERVENE WITH A INJUNCTION FOR Elam, rashaan, mechelle: dba RASHAAN MECHELLE ELAM.

*TAKE NOTICE THAT:*

1. *Article 6 of the United States Constitution states in pertinent part that, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges on every State shall be bound thereby, any Thing in the Constitution or Laws of any Sate to the Contrary notwithstanding."*
2. **DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS. Sess. III. CH. 62. 1871.** [https://www.loc.gov/law/help/statutes-at-large/41st-congress/session-3/c41s3ch62.pdf] [Federal Rules for Self Authentication: Federal Rules of Evidence 902: https://www.law.cornell.edu/rules/fre/rule_902]

    **Sec. 17.** *And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases, that is to say : For granting divorces ; regulating the practice in courts of justice ; regulating the jurisdiction or duties of justices of the peace, police magistrates, or constables ; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors ; remitting fines, penalties, or forfeitures ; the sale or mortgage of real estate belonging to minors or others under disability ; changing the law of descent ; increasing or decreasing the fees of public officers during the term for which said officers are elected or appointed ; granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever. The legislative assembly shall have no power to release or extinguish, in whole or in part, the indebtedness, liability, or obligation of any corporation or individual to the District or to any municipal corporation therein, nor shall the legislative assembly have power to establish any bank of circulation, nor to authorize any company or individual to issue notes for circulation as money or currency.*

3. **Sec. 20.** *And be it further enacted, That the said legislative assembly shall not have power to pass any ex post facto law, nor law impairing the obligation of contracts, nor to tax the property of the United States, nor to tax the lands or other property of nonresidents higher than the lands or other property of residents ; nor shall lands or other property in said district be liable to a higher tax, in any one year, for all general objects, territorial and municipal, than two dollars on every hundred dollars of the cash value thereof ; but special taxes may be levied in particular sections, wards, or districts for their particular local improvements ; nor shall said territorial government have power to borrow money or issue stock or bonds for any object whatever, unless specially authorized by an act of the legislative assembly, pass by a vote of two thirds of the entire number of the members of each branch thereof, but said debt in no case to exceed five per centum of the*

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

*assessed value of the property of said District, unless authorized by a vote of the people, as hereinafter [hereinbefore] provided*

*AND TAKE FURTHER NOTICE THAT*: *pursuant to the 1787 United States Constitution Article 1 Section 9 Clause 3 "NO BILL OF ATTAINER or EX POST FACTO LAW SHALL BE PASSED"*

*AND TAKE FURTHER NOTICE THAT: Pursuant to the United States Bill of Rights written December 15, 1791 These Amendments were ratified and form what is known as the "Bill of Rights"*

*Amendment I:*
*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceable to assemble, and to petition the Government for a redress of grievances.*

*The U.S. Corporation is a religious for Profit Corporation, which I choose not to associate with. And the Constitution explicitly states that I cannot be forced into a religion or be forced to follow any laws that hinder my free expression of freedom of religion.*

*AND TAKE FURTHER* **NOTICE THAT pursuant to 1789 Constitution of the United States of America (as ratified without subsequent amendments)** and 1789 Bill of Rights; Amendment X. The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.;


[Constitution of Pennsylvania - September 28, 1776 **A DECLARATION OF THE RIGHTS OF THE INHABITANTS OF THE COMMONWEALTH OR STATE OF PENNSYLVANIA]**
**[http://www.phmc.state.pa.us/portal/communities/documents/1776-1865/pennsylvania-constitution-1776.html]**

[I.] That all men are born equally free and independent, and have certain natural, inherent and inalienable rights, amongst which are, the enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining happiness and safety.

[II.] That all men have a natural and unalienable right to worship Almighty [God] according to the dictates of their own consciences and understanding: And that no man ought or of right can be compelled to attend any religious worship, or erect or support any place of worship, or maintain any ministry, contrary to, or against, his own free will and consent: Nor can any man, who acknowledges the being of a [God], be justly deprived or abridged of any civil right as a citizen, on account of his religious sentiments or peculiar mode of religious worship: And that no authority can or ought to be vested in, or assumed by any power whatever, that shall in any case

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

interfere with, or in any manner control, the right of conscience in the free exercise of religious worship.

[IX.] That in all prosecutions for criminal offences, a man hath a right to be heard by himself and his council, to demand the cause and nature of his accusation, to be confronted with the witnesses, to call for evidence in his favour, and a speedy public trial, by an impartial jury of the country, without the unanimous consent of which jury he cannot be found guilty; nor can he be compelled to give evidence against himself; nor can any man be justly deprived of his liberty except by the laws of the land, or the judgment of his peers.

[X.] That the people have a right to hold themselves, their houses, papers, and possessions free from search and seizure, and therefore warrants without oaths or affirmations first made, affording a sufficient foundation for them, and whereby any officer or messenger may be commanded or required to search suspected places, or to seize any person or persons, his or their property, not particularly described, are contrary to that right, and ought not to be granted.

[PLAN OR FRAME OF GOVERNMENT FOR THE COMMONWEALTH OR STATE OF PENNSYLVANIA]

[SECT. 28.] The person of a debtor, where there is not a strong presumption of fraud, shall not be continued in prison, after delivering Up, bona fide, all his estate real and personal, for the use of his creditors, in such manner as shall be hereafter regulated by law. All prisoners shall be bailable by sufficient sureties, unless for capital offences, when the proof is evident, or presumption great.


[Constitution of the Commonwealth of Pennsylvania – 1790]
[https://www.duq.edu/academics/gumberg-library/pa-constitution/texts-of-the-constitution/1790]

## ARTICLE VII
[Sect. III.] The rights, privileges, immunities and estates of religious societies and corporate bodies shall remain, as if the constitution of this state had not been altered or amended.

## ARTICLE IX
That the general, great, and essential principles of liberty and free Government may be recognized and unalterably established, WE DECLARE,

Of the equality and rights of men.

[Section I.] That all men are born equally free and independent, and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty, of

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

acquiring, possessing, and protecting property and reputation, and of pursuing their own happiness.

Of the origin of power, and the end of government.

[Sect. II.] That all power is inherent in the people, and all free governments are founded on their authority, and instituted for their peace, safety and happiness: For the advancement of those ends, they have, at all times, an unalienable and indefeasible right to alter, reform, or abolish their government, in such manner as they may think proper.

Of the rights of conscience, &c.

[Sect. III.] That all men have a natural and indefeasible right to worship Almighty God according to the dictates of their own consciences; that no man can, of right, be compelled to attend, erect, or support any place of worship, or to maintain any ministry against his consent; that no human authority can, in any case whatever, control or interfere with the rights of conscience; and that no preference shall ever be given, by law, to any religious establishments or modes of worship.

Of insolvent debtors.

[Sect. XVI.] That the person of a debtor, where there is not strong presumption of fraud, shall not be continued in prison, after delivering up his estate for the benefit of his creditors, in such manner as shall be prescribed by law.

Of ex post facto laws.

[Sect. XVII.] That no ex post facto law, nor any law impairing contracts, shall be made.

Of attainder of treason and felony.

[Sect. XVIII.] That no person shall be attainted of treason or felony by the legislature.

Of attainder, felo de se, and deodand.

[Sect. XIX.] That no attainder shall work corruption of blood, nor, except during the life of the offender, forfeiture of estate to the commonwealth; that the estates of such persons as shall destroy their own lives shall descend or vest as in case of natural death; and if any person shall be killed by casualty, there shall be no forfeiture by reason thereof.

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

Of the right to assemble, petition, &c.

[Sect. XX.] That the citizens have right, in a peaceable manner, to assemble together for their common good, and to apply to those invested with the powers of government for redress of grievances, or other proper purposes, by petition, address, or remonstrance.

**AND TAKE FURTHER NOTICE THAT** pursuant to the [FRCP RUL 5.1] the Claimant listed in the above styled action will make and application for:

1. Short leave to be granted for the application and
2. Relief Under [24(1) of the FRCP] on the following grounds.
    a. Challenge of the Constitutionality of the all federal and state statutes
        i. United States Code any and all Statues and codes mandating forced registration of private property including any and all Laws, Statues, and Codes that creates any adhesion contracts against my will and without my written consent.
        ii. any and all Statues, Codes that violate my right to travel.
        iii. all statues and codes of the Commonwealth of Pennsylvania (including traffic, motor vehicle and foreclosure)
        iv. Pennsylvania Vital Statistics Law of 1953
        v. any and all Pennsylvania Statues and codes mandating forced registration of private property including any and all Laws, Statues, and Codes that creates any adhesion contracts against my will and without my written consent.
        vii. any and all Statues and Codes mandating me to identify myself with a State Id in which my name has been altered from what was given by my parents in proper English grammar and Proper styling thus violating my religious belief.
        viii. any and all Statues and Codes that violate my religious beliefs.

**AND TAKE FURTHER NOTICE THAT** the matter is to be argued or set for trial on the 28th, day of August 2018.

**AND TAKE FURTHER NOTICE THAT** an affidavit filed on the 24th of August 2018, was filed with the court in support of the Claimant's claim.

**AND TAKE FURTHER NOTICE THAT** the material fact giving rise to the constitutional questions are as follows

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

1. The statues and codes are listed in Paragraph (2)(a)(i)(ii)(iii)(iv)(v)(vi)(vii)(viii)
2. The date of the question did rise nunc pro tunc
3. The date set for trial is 28th of August 2018
4. Constitution of Pennsylvania - September 28, 1776
5. Constitution of Pennsylvania – 1790
6. Substantive Law to support the Habeas Corpus denial
7. Substantive Law is in support of defendant's defense
8. The general assembly shall not indirectly enact a special or local law by the partial repeal of a general law; but laws repealing local or special acts may be passed.

**AND TAKE FURTHER NOTICE THAT** I, Elam, rashaan, mechelle 1st lien holder of the 14th amendment person ELAM, RASHAAN, MECHELLE corp sole dba RASHAAN MECHELLE ELAM did not consent for me or my private property to being a 14th amendment citizen of the U.S. or STATE OF PENNSYLVANIA OR any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such contract.

**AND TAKE FURTHER NOTICE THAT** I "Elam, rashaan mechelle" Reserve my right to withdraw my name and my property Elam, rashaan, mechelle dba RASHAAN MECHELLE ELAM ens legis from the Social Security Program.

**AND TAKE FURTHER NOTICE THAT** I "Elam, rashaan mechelle" Reserve my right to withdraw my name and my property Elam, rashaan, mechelle dba RASHAAN MECHELLE ELAM ens legis from PENNSYLVANIA DEPARTMENT OF TRANSPORTATION.

**AND TAKE FURTHER NOTICE THAT** I "Elam, rashaan mechelle" Reserve my right to withdraw my name and my property Elam, rashaan, mechelle dba RASHAAN MECHELLE ELAM ens legis from IRS.

**AND TAKE FURTHER NOTICE THAT** I "Elam, rashaan mechelle" Reserve my right to withdraw my name and my property Elam, rashaan, mechelle dba RASHAAN MECHELLE ELAM ens legis from Pennsylvania Dept of Transportation.

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1ˢᵗ Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

**AND TAKE FURTHER NOTICE THAT the material facts giving rise to the constitutional question are as follows:**

1. unalienable rights, *protected by* **1776 BILL OF RIGHTS**, Federal government contracting with a minor has been violated.

2. unalienable rights were violated; *protected by* **1776 BILL OF RIGHTS. SECTION IV. Par. I.**
Laws of a general nature shall have uniform operation throughout the State, and no special law shall be enacted in any case for which provision has been made by an existing general law. No general law affecting private rights, shall be varied in any particular case, by special legislation. except with the free consent, in writing of all persons to be affected thereby ; and no person under legal disability to contract, is capable of such consent. has been violated.

3. unalienable rights were violated; **1776 BILL OF RIGHTS SECTION** and the Constitution of the United States, are void, and the Judiciary shall so declare them violated.

4. unalienable rights, were violated; protected by ( the 1790 Pennsylvania Constitution? ) **1776 Pennsylvania Constitution (as ratified without subsequent amendments) BILL OF RIGHTS,**

> **Par. X. That the people have a right to hold themselves, their houses, papers, and possessions free from search and seizure, and therefore warrants without oaths or affirmations first made, affording a sufficient foundation for them, and whereby any officer or messenger may be commanded or required to search suspected places, or to seize any person or persons, his or their property, not particularly described, are contrary to that right, and ought not to be granted.**

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to change the citizenship of the name Elam, Rashaan, Mechelle dba RASHAAN MECHELLE ELAM **TO Private American National.**

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to change the status of the name Elam, Rashaan, Mechelle dba RASHAAN MECHELLE ELAM **TO Tax Exempt in all states Including the UNITED STATES.**

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to Provide documents and protection to that effect including, but not limited to, identification documents pertaining to trade (i.e. Religious Tax exemption in all manners), transportation and communication, as well as documents pertaining to international travel and personal security;

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1ˢᵗ Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to put the name Elam, Rashaan, Mechelle dba RASHAAN MECHELLE ELAM ON **THE DO NOT STOP, DO NOT DETAIN LIST FOR PENNSYLVANIA and all OTHER STATES.**

i reserve all my god given rights as protected by all public officers oaths to above said Pennsylvania Constitution and don't waive any part of my rights, abide by your oaths to it. i also have a 9 billion dollar lien on the names that are Private Trust property and there will be a charge of $9,999.00 dollars against you and your agencies or contractors, which this is your contract where you agree to pay this amount to me Elam, rashaan, mechelle in the Name RASHAAN MECHELLE ELAM FOR THE TRESPASS of my *unalienable rights, protected by the 1790 Pennsylvania Constitution*.

**AND TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence to the facts stipulated herein, you have 72 hrs. to answer, then this contract is law.

i, Elam, rashaan, mechelle, am of the age of majority and i stand firmly on the facts recited in this affidavit.

Date: 8/24/18

By: *Elam, rashaan, mechelle*, for Elam, rashaan, mechelle   *Elam Rashaan Mechelle*

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-107  /u/t/c

**AND TAKE FURTHER NOTICE THAT** the grounds for this Constitutional question are as follows:
1. That the CUMBERLAND COUNTY COURT OF COMMON PLEAS comply to [Rule 24(2) of the FRCP];
2. That the CUMBERLAND COUNTY COURT OF COMMON PLEAS reschedule trail until constitutional challenge is examined;
3. The CUMBERLAND COUNTY COURT OF COMMON PLEAS delay trial until requirements of the supreme court of Pennsylvania and State of Pennsylvania Attorney General has been properly placed on notice.

Elam, rashaan, mechelle, registered owner
ELAM, RASHAAN MECHELLE corp. sole
c/o Po Box [143]
[Pennsylvania] state Republic
Near; [17013]

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

## *ACKNOWLEDGEMENT OF NOTARY*

| | | |
|---|---|---|
| Cumberland County | ) | *For verification purposes only* |
| | ) Scilicet | |
| Pennsylvania state | ) | |

SUBSCRIBED TO AND SWORN before me this 24th, day of eighth month, 2018, a Notary, that, Elam, rashaan mechelle personally known to me (or proved to me on the basis of satisfactory evidence of identification) to be a person whose name is subscribed to the within instrument(s) and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person or the entity upon behalf of which the person acted, executed that instrument. personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.

*Witnessed, my hand and official seal.*

_____ Seal;
Notary Public

My Commission expires: 6-3-19

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Wendy L. Sikes, Notary Public
Shippensburg Boro, Cumberland County
My Commission Expires June 3, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## PROOF OF SERVICE

Now comes Elam, rashaan, mechelle the living woman, non-citizen national, non resident, Executor of the Cestui Que Vie trust, ELAM, RASHAAN MECHELLE, corp. sole dba. RASHAAN MECHELLE ELAM one of the people of Pennsylvania-a republic union state pre 1781 (a native Pennsylvanian) and declares as follows:

i did on the 24th of August, 2018 caused to be mailed via USPS Registered or Certified mail:

Copies of this Constitutional Challenge and Injunction, Affidavit on right to travel, Affidavit of Truth, and Notice of Removal to the following:

D/b/a. Jeff Sessions, d/b/a. U.S. Attorney General,
U.S. Department of Justice

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1ˢᵗ Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
RE_____US


D/b/a Mike Pompeo d/b/a U.S. Secretary Of State
2201 Center Street NW
Washington DC 20010


D/b/a. Josh Shapiro d/b/a Attorney General of Pennsylvania
16ᵗʰ Floor, Strawberry Square
Harrisburg, PA 17120
Certified Mail # _____

Tom Wolf d/b/a TOM WOLF d/b/a Governor of Pennsylvania
Office of the Governor
508 Main Capitol Building
Harrisburg, PA 17120
Certified Mail # _____

Robert Torres d/b/a ROBERT TORRES d/b/a Secretary of the Commonwealth of Pennsylvania
302 North Office Building,
401 North Street
Harrisburg, PA 17120
Certified Mail # _____

Ronnie R. Anderson D/B/A RONNIE R. ANDERSON d/b/a Sheriff of Cumberland County Pennsylvania

1 Courthouse Square
Room 303
Carlisle, PA 17013
Certified Mail # _____


Cumberland County Court of Common Pleas Judges and Clerk of Courts
c/o Cumberland County Clerk of Courts
1 Courthouse Square
Room 205
Carlisle, PA 17013
RE_____US

CARLISLE BOROUGH POLICE DEPARTMENT
Attn: Taro Landis (Chief)
Carlisle Police Department

**CONSTITUTIONAL CHALLENGE**          Page 11 of 12

Notice of Special Restricted Appearance: Elam, rashaan, mechelle, Beneficial Owner 1st Lien Holder of ELAM, RASHAAN MECHELLE Estate d/b/a RASHAAN MECHELLE ELAM©®TM

240 Lincoln Street
Carlisle, PA 1701
Certified Mail # _____

MIDDLESEX POLICE TOWNSHIP POLICE DEPARTMENT
Attn: Barry L. Sherman, Director of Public Safety
350 N Middlesex Rd #3
Carlisle, PA 17013
Certified Mail # _____

PENNSYLVANIA STATE POLICE DEPARTMENT
Attn: Lieutenant Colonel Robert Evanchick, Commissioner
1800 Elmerton Ave.
Harrisburg, Pa 17110
Certified Mail # _____

PENNSYLVANIA DEPARTMENT of TRANSPORTATION
Attn: Leslie Richards Secretary of Transportation
PA Department of Transportation
Keystone Building
400 North St., Fifth Floor
Harrisburg PA 17120
Certified Mail # _____

i declare under penalty of perjury under the law of the Commonwealth of Pennsylvania and 28 U.S. Code § 1746 – (1) that the foregoing is true and correct to the best of my knowledge, and that i am physically located outside the geographic boundaries of the United States, Puerto Rico, the Virgin Islands and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the _24th_ day of _August_, 20_18_, At _0955 hrs_, (date) _twenty-fourth_ (month) _August_, 20_18_, (on the land of city/town) _Carlisle_, (county of) _Cumberland_ (country of) _Pennsylvania_

_Elam, rashaan, mechelle_
Elam, rashaan, mechelle, Without Prejudice, All Rights Reserved, UCC 1- 308, U/T/A