1  Elam, rashaan, mechelle, Sui Juris    FILED    RE_____US
    C/O 1004 North West Street     HARRISBURG, PA
2  Apartment 5                                    (tracking number for mailed copy)
    Carlisle, Pennsylvania        AUG 2 4 2018
3  (ZIP Exempt pursuant to DMM 602)
    717-614-7786        Per _____
4                                 Deputy Clerk

5  **NOTICE OF AFFIDAVIT OF FACTS TO RIGHT TO TRAVEL**

6  (1) Free people have a common law and constitutional right to travel on the roads and highways that are provided by their government for that purpose. Licensing of drivers cannot be required
7  of free people because taking on the restrictions of a license requires the surrender of an inalienable right;

8  (2) In England in 1215, the right to travel was enshrined in Article 42 of Magna Carta: It shall be lawful to any person, for the future, to go out of our kingdom, and to return, safely and securely,
9  by land or by water, saving his allegiance to us, unless it be in time of war, for some short space, for the common good of the kingdom: excepting prisoners and outlaws, according to the laws of the land and of the people of the nation at war against us, and Merchants who shall be treated as
10 it is said above.

11 (3) Where rights secured by the Constitution of the United States and the State of Georgia are involved, there can be no rule making or legislation that would abrogate these rights. The claim and exercise of a constitutional right cannot be converted into a crime.
12 There can be no sanction or penalty imposed upon an individual cause of this exercise of constitutional rights;

13 (4) American citizens have the inalienable right to use the roads and highways unrestricted in any manner so long as they are not damaging or violating property or rights of others. The
14 government, by requiring the people to obtain •drivers licenses, is restricting, and therefore violating, the people's common law and constitutional right to travel:

15 (5) In Shapiro v Thompson
    , 394 U.S. 618 (1969),Justice Potter Stewart noted in a concurring opinion that the right to travel
16 "is a right broadly assertable against private interference as well as governmental action. Like the right of association...it is a virtually unconditional personal right. guaranteed by the
17 Constitution.to us all." The Articles of Confederation had an explicit right to travel; and we hold that the right to ·travel is so fundamental that the Framers thought.it was unnecessary to include it in the Constitution or the Bill of Rights,
18

19 (6) The right to travel upon the public highways is not a mere privilege which may be permitted or prohibited at will but the common right which every ··citizen has under his or her right to life liberty, and the pursuit of happiness. Under this constitutional guarantee one may, therefore,
20 under normal conditions, travel at his or her inclination along the public highways or in public places while conducting himself or herself in an orderly and
    Decent manner; and
21

    (7) Thus, the legislature does not have the power to abrogate the citizens' right to travel upon the
22 public roads by passing legislation forcing the citizen to waive the right and convert that right into a privilege.

23 **PENNSYLVANIA GUN LAWS**

24 1.) Shawn Gutshall (DBA CUMBERLAND COUNTY SHERIFFS' DEPUTY CPL SHAWN GUTSHALL) did fraudulently and wrongfully cancel the RASHAAN ELAM TRUSTS' "License to Carry" by misapplying Pa.C.S. 18 §6109 (e) (viii), when the misdemeanor (2) Violation of **18 Pa.C.S. (A)**
25 **§ 5104**, which The TRUST was charged (and was later dismissed) under, falls under Pa.C.S. 18 §6102 Definitions: **"Crime punishable by imprisonment exceeding one year."** The term does not include any
26 of the following: (1) Federal or State offenses pertaining to antitrust, unfair trade

practices, restraints on trade or regulation of business. **(2) State offenses classified as misdemeanors and punishable by a term of imprisonment not to exceed two years.**, which means that the "license" and charges in question and as the "license" in question was eligible for renewal and falls under Pa.C.S. §6106 Exceptions (b) (12). This further means that OFFICER KRUPKO'S charge is invalid.

2.) The Sheriff's department did not properly serve the revocation on the RASHAAN MECHELLE ELAM ESTATE. The "Notice" was sent to an address that is six years old. The Sheriffs' department beyond any doubt (they have been to my domicile on numerous occasions) already knows where i live. They failed to meet requirement of **Pa.C.S. 18 § 6109 (i).**

**(i) Revocation.**--A license to carry firearms may be revoked by the issuing authority for good cause. A license to carry firearms shall be revoked by the issuing authority for any reason stated in subsection (e)(1) which occurs during the term of the permit. Notice of revocation shall be in writing and shall state the specific reason for revocation. Notice shall be sent by certified mail to the individual whose license is revoked, and, at that time, notice shall also be provided to the Pennsylvania State Police by electronic means, including e-mail or facsimile transmission, that the license is no longer valid. An individual whose license is revoked shall surrender the license to the issuing authority within five days of receipt of the notice. An individual whose license is revoked may appeal to the court of common pleas for the judicial district in which the individual resides. An individual who violates this section commits a summary offense.

**Right to bear arms:**

Pennsylvania Constitution of 1776:

XIII That the people have a right to bear arms for the defence of themselves and the state; and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept up; And that the military should be kept under strict subordination to, and governed by, the civil power.

**UN International Covenant on Civil and Political Rights**

The United States has signed on to this and the following apply:

PART I
Article I
(3.) All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

Part II
Article II
(1.) Each State Party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

(2.) Where not already provided for by existing legislative or other measures, each State Party to the present Covenant undertakes to take the necessary steps. in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such legislative or other measures as may be necessary to give effect to the rights recognized in the present Covenant.

(3) Each State Party to the present Covenant undertakes:

1. To ensure that any person whose rights or freedoms as herein recognized are violated shall have an effective remedy, notwithstanding that the violation has been committed by persons acting in an official capacity; to ensure that any person claiming such a remedy shall have his rights thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy;

2. To ensure that the competent authorities shall enforce such remedies when granted.

### OAS Declaration of the Rights and Duties of Man

Right to nationality.
Article XIX. Every person has the right to the nationality to which he is entitled by law and to change it, if he so wishes, for the nationality of any other country that is willing to grant it to him.

Right of association.
Article XXII. Every person has the right to associate with others to promote, exercise and protect his legitimate interests of a political, economic, religious, social, cultural, professional, labor union or other nature.

i, Elam, rashaan, mechelle, choose by my rights to not associate with the satanic fraudulent corporation of the UNITED STATES OF AMERICA/ U.S. or any of its agencies and declare my nationality to the republic as established under the Articles of Confederation, specifically the Republic State of Pennsylvania.

### UN Declaration of Rights of Indigenous People

En Total, i, Elam, rashaan, elam, am an indigenous people of Pennsylvania and not a 14th Amendment Citizen of Washington DC or or its territories and Enclaves.

**Take notice:**
**Pennsylvania Constitution 1776:** [https://www.loc.gov/law/help/statutes-at-large/41st-congress/session-3/c41s3ch62.pdf]

**Federal Rules for Self Authentication:  Federal Rules of Evidence 902:**
[https://www.law.cornell.edu/rules/fre/rule_902]

**PA.C.S. Ttitle 18, Cpater 61 § 6109:**
[http://www.legis.state.pa.us/WU01/LI/LI/CT/HTM/18/00.061.009.000..HTM

**UN International Covenant on Civil and Political Rights**
[http://www.hrweb.org/legal/cpr.html]
[http://www.hrweb.org/legal/cprsigs.html]

**OAS Declaration of the Rights and Duties of a Man**
[http://www.hrcr.org/docs/OAS_Declaration/oasrights4.html]

**UN Declaration of Rights of Indigenous People**
[http://www.un.org/esa/socdev/unpfii/documents/DRIPS_en.pdf]

   i declare under penalty of perjury under the law of the Commonwealth of Pennsylvania and 28 U.S. Code § 1746 – (1) that the foregoing is true and correct to the best of my knowledge, and that i am physically located outside the geographic boundaries of the United States, Puerto

Rico, the Virgin Islands and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the 24th day of August, 2018, At 0953 hrs, (date) Twenty-fourth (month) August, 2018, (on the land of city/town) Carlisle, (county of) Cumberland (country of) Pennsylvania

_Elam, rashaan, mechelle_
Elam, rashaan, mechelle, Without Prejudice, All Rights Reserved, UCC 1- 308, U/T/A

## ACKNOWLEDGEMENT OF NOTARY

| | | |
|---|---|---|
| Cumberland County | ) | **_For verification purposes only_** |
| | ) Scilicet | |
| Pennsylvania state | ) | |

SUBSCRIBED TO AND SWORN before me this 24, day of eighth month, 2018, a Notary, that, Elam, rashaan mechelle personally known to me (or proved to me on the basis of satisfactory evidence of identification) to be a person whose name is subscribed to the within instrument(s) and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person or the entity upon behalf of which the person acted, executed that instrument. personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.

**_Witnessed, my hand and official seal._**

_Wendy Sikes_ Seal;
Notary Public

My Commission expires: 6-3-19

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Wendy L. Sikes, Notary Public
Shippensburg Boro, Cumberland County
My Commission Expires June 3, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES