| | |
|---|---|
| Elam, rashaan, mechelle, Sui Juris **FILED** | RE_____US |
| C/O 1004 North West Street HARRISBURG, PA | |
| Apartment 5 | (tracking number for mailed copy) |
| Carlisle, Pennsylvania   AUG 29 2018 | |
| (ZIP Exempt pursuant to DMM 602) | |
| PER _____ | |
| 717-614-7786   DEPUTY CLERK | |

# FORMAL NOTICE REQUESTING ARTICLE III JUDGE/ CIRCUIT RIDER BE ASSIGNED TO CASE

## 1:18-MC-501

This Formal Notice requesting for the Circuit Rider/ Article III Judge to be assigned to above listed case, in accordance with Constitution for the United States, as i am one of the people and not a Statutory 14th Amendment Citizen.

i declare under penalty of perjury under the law of the Commonwealth of Pennsylvania and 28 U.S. Code § 1746 – (1) that the foregoing is true and correct to the best of my knowledge, and that i am physically located outside the geographic boundaries of the United States, Puerto Rico, the Virgin Islands and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the 29th day of August, 2018, At 1033 hrs, (date) twenty-ninth (month) August, 2018, (on the land of city/town) Carlisle, (county of) Cumberland (country of) Pennsylvania

X _Elam, rashaan, mechelle_
Elam, rashaan, mechelle©,
Autograph of Living woman, Subrogee, Beneficiary and
Authorized Representative of RASHAAN MECHELLE ELAM trust

### NOTARY ACKNOWLEDGEMENT

SWORN TO AND SUBSCRIBED BEFORE ME this the __29TH__ day of __Aus AUGUST__ 2018.
SEAL

_Camela Martin_
Notary Public – Commonwealth of Pennsylvania in Cumberland County,
My commission expires: 07/05/2022

> Commonwealth of Pennsylvania-Notary Seal
> Camela J Martin, Notary Public
> Cumberland County
> My Commission Expires July 5, 2022
> Commission number 1225509

1 OF 1  **FORMAL NOTICE REQUESTING ARTICLE III JUDGE**