Elam, rashaan, mechelle, sui juris
C/O 1004 North West Street
Apartment 5
Carlisle, Pennsylvania
(ZIP exempt per DMM 602.1.3e.2)
717-614-7786

RE_____US
(tracking number for mailed copy)

# CUMBERLAND COUNTY COURT OF COMMON PLEAS

CP-21-CR-0001262-2018

## PROOF OF SERVICE

Now comes Elam, rashaan, mechelle the living woman, non-citizen national, non-resident, Executor of the Cestui Que Vie trust, one of the people of Pennsylvania-a republic union state pre 1781 (a native Pennsylvanian) and declares as follows:

i did on the 29th of August, 2018 caused to be served via Hand Delivery to Cumberland County Court of Common Pleas at 1 Courthouse Square, Room 205, Carlisle, PA 17013, and And the following via that in care of the clerk of courts: Cumberland County District Attorney's Office, at 1 Courthouse Square, #202, Carlisle, PA 17013, Cumberland County Clerk of Courts, 1 Courthouse Square, #205, Carlisle, PA 17013 Via Registered mail PA Attorney General Josh Shapiro, 16th Floor, Strawberry Square, Harrisburg, PA 17120 RE_____US,

1. Copies of the following: Demand of Clerk to File, Updated Notice of Removal, Formal Notice of Request for Order of Removal, and Formal Notice of Request for Article III Judge.

i declare under penalty of perjury under the law of the Commonwealth of Pennsylvania and 28 U.S. Code § 1746 – (1) that the foregoing is true and correct to the best of my knowledge, and that i am physically located outside the geographic boundaries of the United States, Puerto Rico, the Virgin Islands and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the 29th day of August, 2018, At 1034, (date) twenty-ninth (month) August, 2018, (on the land of city/town) Carlisle, (county of) Cumberland (country of) Pennsylvania

Elam, rashaan, mechelle©, Without Prejudice, All Rights Reserved, U/T/A

SWORN TO AND SUBSCRIBED BEFORE ME this the 29TH day of AUGUST, 2018.
SEAL

Camela J Martin
Notary Public – Commonwealth of Pennsylvania in Cumberland County,

My commission expires: 07/05/2022

> Commonwealth of Pennsylvania-Notary Seal
> Camela J Martin, Notary Public
> Cumberland County
> My Commission Expires July 5, 2022
> Commission number 1225509

1 Of 1

# Common Law Copyright Notice

<u>Common Law Copyright Notice</u>: All rights reserved re; common-law copyright of trade-name/trademark, RASHAAN MECHELLE ELAM© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright **February 20th, 1997**, by 'Elam, rashaan, mechelle'. Said trade-names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of 'Elam, rashaan, mechelle©' as signified by the Red ink signature of 'Elam, rashaan, mechelle©', hereinafter 'Secured Party.' <u>With the intent of being contractually bound</u>, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in Red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of 'RASHAAN MECHELLE ELAM©', and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and a surety for the purported debtor, i.e. "RASHAAN MECHELLE ELAM©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "RASHAAN MECHELLE ELAM©" in Hold-harmless and Indemnity Agreement No. **RME/HHIA/022019794720** dated at the time of notarizing; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. <u>Self-executing Contract / Security Agreement in Event of Unauthorized Use</u>: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of 'RASHAAN MECHELLE ELAM ©', other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and 'Elam, rashaan, mechelle©' is Secured Party, and signifies that User: *(1)* grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'RASHAAN MECHELLE ELAM© '; (2) authenticates this Security Agreement wherein User is debtor and 'Elam, rashaan, mechelle' is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and 'Elam, rashaan, mechelle©' is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in

paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms,' with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. <u>User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use.</u>

**Default Terms**:
In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Unauthorized use: payment terms**; in accordance with fees for unauthorized use of DEBTORS NAME as set forth above the user hereby consent and agrees that users shall pay secured party all un-authorized use fees in full within 10 days of date of secured party's invoice, hereinafter "invoice", itemizing said fees, as sent and received by tort feasor.

**Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

//
//
//
//
//

Record Owner: Secured Party/Creditor; 'Elam, rashaan, mechelle©', Autograph Common Law Copyright **1997**.

Copyrighted Date February 20th, 1997

Without Prejudice/Without Recourse

*Elam, rashaan, mechelle*
--------------------------------
Elam, rashaan, mechelle© - Secured Party, Authorized Representative, Attorney-In-Fact on behalf of
RASHAAN MECHELLE ELAM©, Ens legis

## ACKNOWLEDGEMENT

County of _Cumberland_

_Pennsylvania_ state )                              ) Scilicet

SUBSCRIBED TO AND SWORN before me this _23rd_ day of _July_, A.D. 20_18_, a Notary, that _rashaan-mechelle Elam_, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_Wendy Sikes_ Seal;
Notary Public
My Commission expires _6-3-19_

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
   Wendy L. Sikes, Notary Public
Shippensburg Boro, Cumberland County
  My Commission Expires June 3, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```

3 Of 3 022019794720/CLCR/RME

# HOLD HARMLESS AND INDEMNITY AGREEMENT
Number RME/HHIA/022019794720

**Non-Negotiable - Private Between the Parties**

**PARTIES:**

| Debtor: | Creditor: |
|---|---|
| ___RASHAAN MECHELLE ELAM TRUST© trade-name | ___Elam, rashaan, mechelle© |
| ___66 West Louther Street, #143_____ | __C/O 1004 North West Street, Apt. 5__ |
| ___Carlisle, Pennsylvania, 17013_____ | _Carlisle, Pennsylvania_[ 17013 ] |

... and any and all derivatives and variations in the spelling of said name.

Debtor's Social Security Account Number: 211 - 68 – 4720
Bond Exemption Number: E05481011

  This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into in this Twenty Third Day of the Eighth Month in the Year of Our Lord Two Thousand and Eighteen between the juristic person: "RASHAAN MECHELLE ELAM TRUST©," and any and all derivatives and variations in spelling of said name hereinafter jointly and severally "Debtor," except, "Elam, rashaan, mechelle©," the living, breathing, flesh-and-blood man, known by the distinctive appellation Elam, rashaan, mechelle©, hereinafter "Creditor."

 For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and without division, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. Debtor does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for Debtor.

**Defined: Glossary of Terms.**
As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follows, *non obstante:*
**Appellation.** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh and-blood man.
**Conduit.** In this Hold-harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name, "RASHAAN MECHELLE ELAM TRUST©," also known by any and all derivatives and variations in the spelling of said name of Debtor except all derivatives and variations in the spelling of the name of "Elam, rashaan, mechelle©," **Creditor.**
**Creditor.** In this Hold-harmless and Indemnity Agreement the term "Creditor" means "Elam, rashaan, mechelle©" and all derivatives and variations in the spelling of the name of "Elam, rashaan, mechelle©".
**Debtor.** In this Hold-harmless and Indemnity Agreement the term 'Debtor" means "RASHAAN MECHELLE ELAM TRUST©," also known by any and all derivatives and variations in the spelling of said name excepting "Elam, rashaan, mechelle©" and all derivatives and variations in the spelling of the name of "Elam, rashaan, mechelle©".
**"Derivative.** In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis.** In this Hold-harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law, as contrasted with a natural person.

**Hold-harmless and Indemnity Agreement.** In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No. RME/HHIA/022019794720 as this Hold-harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules re this Hold-harmless and Indemnity Agreement attached "RASHAAN MECHELLE ELAM TRUST©." In this Hold-harmless and Indemnity Agreement the "RASHAAN MECHELLE ELAM TRUST©" means "RASHAAN MECHELLE ELAM TRUST©" and any and all derivatives and variations in the spelling of said name except, "Elam, rashaan, mechelle©" and all derivatives and variations in the spelling of the name "Elam, rashaan, mechelle©." Common Law Copyright © 1997 by "Elam, rashaan, mechelle©." All Rights Reserved.

In this Hold-harmless and Indemnity Agreement the term "Elam, rashaan, mechelle©" means the sentient, living, flesh-and-blood man identified by the distinctive appellation Elam, rashaan, mechelle© and all derivatives and variations in the spelling of the name "Elam, rashaan, mechelle©." All rights are reserved re use of "Elam, rashaan, mechelle©." Autograph Common Law Copyright 1997.

**Juristic person.** In this Hold-harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as Debtor, i.e. RASHAAN MECHELLE ELAM TRUST© which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

===============================================================================

"From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library, The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the corporation ------ Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And the none the worse for it. No doubt, 'Metaphors in law are to be narrowly watched.'" Cardozo, J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94, "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason." See U.S. v. SCOPHONY CORP. OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 U.S.

"Observation: A person has a property right in the use of his or her name which a person may transfer or assign." Gracey v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

===============================================================================

**Living, breathing, flesh-and-blood man.** In this Private Agreement the term "living, breathing, flesh-and-blood man means the Creditor "Elam, rashaan, mechelle©", a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person created by construct of law.

*Non obstante.* In this Private Agreement the term *"non obstante"* means: Words anciently used in public and private instrument with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.

===============================================================================

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. . 70.

2 Of 3  RME/HHIA/022019794720

========================================================================

**Sentient, living, being.** In this Private Agreement the term "sentient, living being" means the Creditor, i.e "Elam, rashaan, mechelle©", a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic corporation, partnership, association, and the like.
**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term "transmitting utility" means a **'commercial transmitting utility,'** i.e., a conduit for all commercial presentments and matters passed to or presented to the Debtor, i.e. RASHAAN MECHELLE ELAM TRUST©.
**UCC.** In this Hold-harmless and Indemnity Agreement the term "UCC" means Uniform Commercial Code.

This Hold-harmless and Indemnity Agreement No. RME/HHIA/022019794720 is dated: the _Twenty-Third_ Day of the _Eighth_ Month in the Year of Our Lord Two Thousand and Eighteen.

Debtor: RASHAAN MECHELLE ELAM TRUST©.

_RASHAAN MECHELLE ELAM_
Debtor's Signature [printed!]

(b). Creditor accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401

Creditor: Elam, rashaan, mechelle©

_Elam, rashaan, mechelle_
Creditor's Signature - Autograph Common
Copyright© 1997 by Elam, rashaan, mechelle ©. All Rights Reserved.

Commonwealth of Pennsylvania )
County of Cumberland (
On this _23rd_ day of _Aug_, 20_18_ before me a notary public, the undersigned officer, personally appeared _rashaan - Mechelle elam_
known to me ( or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.
In witness hereof, I hereunto set my hand and seal.
_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Wendy L. Sikes, Notary Public
Shippensburg Boro, Cumberland County
My Commission Expires June 3, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

3 Of 3  RME/HHIA/022019794720

**County of Cumberland**

RONNY R. ANDERSON
Sheriff

JODY S. SMITH
Chief Deputy

RICHARD W. STEWART
Solicitor

**OFFICE OF THE SHERIFF**

One Courthouse Square, Room 303
Carlisle, Pennsylvania 17013

July 11, 2017

Rashaan Elam
18 Pheasant CT
Mechanicsburg, PA 17055

Dear Ms. Elam

    Reference is made to your License to Carry Firearms No. 21-00006558 issued by this office on August 17, 2012.

    We have been notified that you were recently arrested and processed. Due to these pending charges, your License to Carry Firearms has been revoked effective immediately. You are directed to surrender your License to the Cumberland County Sheriff's Office within five (5) days of your receipt of this letter. Failure to surrender your License will lead to additional criminal charges.

    If you would like information on appealing this decision, please contact the Cumberland County Sheriff's Office at 240-7743 or 240-6395.

Sincerely,

Ronny R. Anderson
Sheriff




COUNTY OF CUMBERLAND
**Office of The Sheriff**
1 Courthouse Square, Rm. 303
Carlisle, Pennsylvania 17013



CERTIFIED MAIL

7013 1710 0000 6458 1262

→ not at this address

Rashaan Elam
18 Pheasant CT
Mechanicsburg PA 17055

1ST NOTICE 7/13/17
2ND NOTICE
RETURN
NAME

U.S. POSTAGE — PITNEY BOWES
ZIP 17013 $ 008.56°
0001366846 JUL 12 2017

NIXIE        17604   07/22/2017
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
ATTEMPTED NOT KNOWN
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955

ANK

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Rashaan Elam
    18 Pheasant CT
    Mechanicsburg, PA 17055

    9590 9402 2428 6249 2815 01

2. Article Number (Transfer from service label)

    7013 1710 0000 6458 1262

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☒ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form ... Domestic Return Receipt