## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *ELAM, RASHAAN, MECCHELLE* | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 1:18-MC-00501-SHR |
| v. | : | |
| | : | |
| *JOSH SHAPIRO et al.* | : | |
| | : | |
| *Defendants* | : | |

## MOTION TO DISMISS PLAINTIFF'S MISCELLANOUS CASE FILED ON BEHALF OF HONORABLE JESSICA BRUBAKER, HONORABLE EDWARD GUIDO, HONORABLE CHRISTYLEE PECK AND HONORABLE THOMAS PLACEY

Defendants, the Honorable Jessica Brubaker, the Honorable Edward Guido, the Honorable Christylee Peck and the Honorable Thomas Placey, by and through undersigned counsel, move to dismiss Plaintiff's Miscellaneous Case pursuant to Federal Rule of Civil Procedure 12 (b)(1) and (6) on the following grounds, as set forth in the accompanying Memorandum of Law:

1.      Plaintiff filed this Miscellaneous Case against, *inter alia*, the Honorable Jessica Brubaker, the Honorable Edward Guido, the Honorable Christylee Peck and the Honorable Thomas Placey ("Judicial Defendants"), all of whom are presiding judicial officers in the Cumberland County Court of Common Pleas.

2.      Plaintiff's allegations are digressive and completely devoid of any substantive factual allegations against Judicial Defendants, but rather primarily set forth vague, general conclusions which reference the United States Constitution.

3.      Plaintiff appears to attempt to mount a constitutional challenge to all United States and Pennsylvania Statutes.

4.      It appears that Plaintiff is disgruntled due to a criminal case against her in the Cumberland County Court of Common Pleas, *Commonwealth v. Elam*, CP-21-CR-0001262-2018, and that she challenges statutes that require her to have a license to carry a firearm or to drive.  (See docket attached hereto as Exhibit "A.")

5.      Plaintiff's prayer for relief appears to be for this Honorable Court to reschedule her state Court trial to enable her to challenge certain federal and state statutes.

6.      This action is barred as to Judicial Defendants by the Eleventh Amendment to the United States Constitution.

7.      Plaintiff is precluded from maintaining any claim against Judicial Defendants in their official capacities because the Eleventh Amendment acts as a bar to subject matter jurisdiction.  See *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690 (3d Cir. 1996).

8.      Any individual capacity claims against Judicial Defendants are barred by absolute judicial immunity.

9.      To the extent that Plaintiff attempts to challenge the constitutionality of certain federal and state statutes, Judicial Defendants are not proper parties to this action because they lack the power to alter federal or state statutes.

10.     Plaintiff's prayer for relief is improper.

11.     Abstention is proper pursuant to *Younger v. Harris* and principles of federalism and comity.

12.     Plaintiff's averments fail to state a claim upon which relief can be granted.

13.     Any request on the part of Plaintiff for leave to amend this Miscellaneous Case would be futile since the Court lacks subject-matter jurisdiction over her claims, and she cannot state a claim upon which relief can be granted in light of the legal defenses set forth herein.

**WHEREFORE**, Judicial Defendants, Honorable Jessica Brubaker, Honorable Edward Guido, Honorable Christylee Peck and Honorable Thomas Placey, respectfully request that this Honorable Court dismiss Plaintiff's Miscellaneous Case as to them, with prejudice.

Respectfully submitted,

**s/ Martha Gale**

 MARTHA GALE, ESQUIRE
Attorney I.D. No. PA 22190
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486

*Attorney for Defendants, Honorable Jessica Brubaker, Honorable Edward Guido, Honorable Christylee Peck and Honorable Thomas Placey*

# EXHIBIT "A"

# COURT OF COMMON PLEAS OF CUMBERLAND COUNTY

## DOCKET



**Docket Number: CP-21-CR-0001262-2018**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Rashaan Mechelle Elam

Page 1 of 5

### CASE INFORMATION

Judge Assigned:

OTN: X 155610-0           LOTN:

Initial Issuing Authority: Paul M. Fegley

Arresting Agency: MIDDLESEX TWP P.D.

Complaint/Incident #: 20180128M0400

Case Local Number Type(s)

Date Filed: 05/07/2018          Initiation Date: 01/28/2018

Originating Docket No: MJ-09201-CR-0000039-2018

Final Issuing Authority: Paul M. Fegley

Arresting Officer: Carver, Rachel K.

Case Local Number(s)

### STATUS INFORMATION

| Case Status: | Active | Status Date | Processing Status | Arrest Date: | 01/28/2018 |
|---|---|---|---|---|---|
| | | 05/07/2018 | Awaiting Formal Arraignment | | |
| | | 05/07/2018 | Awaiting ARD Hearing | | |
| | | 05/07/2018 | Awaiting Filing of Information | | |

Complaint Date:          01/28/2018

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 07/19/2018 | 9:00 am | Jury Assembly Room | | Moved |
| Formal Arraignment | 07/31/2018 | 9:30 am | Courtroom 3 | President Judge Edward E. Guido | Scheduled |
| Pre-Trial Conference | 08/28/2018 | 1:30 pm | 4th Floor | | Scheduled |
| Trial | 09/10/2018 | 9:00 am | 4th Floor | | Scheduled |
| Trial | 09/10/2018 | 9:00 am | 4th Floor | | Scheduled |
| Trial | 09/10/2018 | 9:00 am | 4th Floor | | Scheduled |
| Trial | 09/10/2018 | 9:00 am | 4th Floor | | Scheduled |
| Trial | 09/10/2018 | 9:00 am | 4th Floor | | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 10/23/2017 | County Jail | Cumberland County Prison | | Yes |

CPCMS 9082

Printed: 08/29/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF CUMBERLAND COUNTY

## DOCKET

**Docket Number: CP-21-CR-0001262-2018**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Rashaan Mechelle Elam

Page 2 of 5

### DEFENDANT INFORMATION

Date Of Birth:              02/20/1979        City/State/Zip: Carlisle, PA  17013

Alias Name

Elam, Debra K.
Elam, Rahsaan M.
Elam, Rashaan
Elam, Rashaan M.
Eleam, Rashann

### CASE PARTICIPANTS

| Participant Type | Name |
| --- | --- |
| Defendant | Elam, Rashaan Mechelle |

### BAIL INFORMATION

**Elam, Rashaan Mechelle**

**Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Bail Posting Status | Posting Date |
| Set | 01/28/2018 | Monetary | | $25,000.00 | | |
| | | | | | Posted | 01/28/2018 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | | Statute Description | Offense Dt. | OTN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | F3 | 18 § 6106 | §§A1 | Firearms Not To Be Carried W/O License | 01/28/2018 | X 155610-0 |
| 2 | 3 | M2 | 18 § 5101 | | Obstruct Admin Law/Other Govt Func | 01/28/2018 | X 155610-0 |
| 3 | 2 | M3 | 18 § 5503 | §§A4 | Disorder Conduct Hazardous/Physi Off | 01/28/2018 | X 155610-0 |
| 4 | 4 | S | 75 § 4302 | §§A3 | Periods For Requiring Lighted Lamps - Any Time Windshield Wipers Are On | 01/28/2018 | X 155610-0 |
| 5 | 5 | S | 75 § 1543 | §§A | Driv While Oper Priv Susp Or Revoked | 01/28/2018 | X 155610-0 |

### DISPOSITION SENTENCING/PENALTIES

Disposition

Case Event

    Sequence/Description

        Sentencing Judge

            Sentence/Diversion Program Type

                Sentence Conditions

Disposition Date

    Offense Disposition

        Sentence Date

            Incarceration/Diversionary Period

Final Disposition

    Grade    Section

        Credit For Time Served

            Start Date

| **Held for Court (Lower Court)** | Defendant Was Present | | | |
| --- | --- | --- | --- | --- |
| Lower Court Disposition | | 04/30/2018 | Not Final | |
| 1 / Firearms Not To Be Carried W/O License | | Held for Court (Lower Court) | F3 | 18 § 6106 §§ A1 |
| 2 / Obstruct Admin Law/Other Govt Func | | Held for Court (Lower Court) | M2 | 18 § 5101 |
| 3 / Disorder Conduct Hazardous/Physi Off | | Held for Court (Lower Court) | M3 | 18 § 5503 §§ A4 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF CUMBERLAND COUNTY

## DOCKET

**Docket Number: CP-21-CR-0001262-2018**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Rashaan Mechelle Elam

Page 3 of 5

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period | Final Disposition<br>Grade   Section<br>Credit For Time Served<br>Start Date | | |
|---|---|---|---|---|
| 4 / Periods For Requiring Lighted Lamps - Any Time Windshield Wipers Are On | Held for Court (Lower Court) | S | | 75 § 4302 §§ A3 |
| 5 / Driv While Oper Priv Susp Or Revoked | Held for Court (Lower Court) | S | | 75 § 1543 §§ A |
| **Proceed to Court**   Defendant Was Not Present | | | | |
| Information Filed | 07/18/2018 | Not Final | | |
| 1 / Firearms Not To Be Carried W/O License | Proceed to Court | F3 | | 18 § 6106 §§ A1 |
| 2 / Obstruct Admin Law/Other Govt Func | Proceed to Court | M2 | | 18 § 5101 |
| 3 / Disorder Conduct Hazardous/Physi Off | Proceed to Court | M3 | | 18 § 5503 §§ A4 |
| 4 / Periods For Requiring Lighted Lamps - Any Time Windshield Wipers Are On | Proceed to Court | S | | 75 § 4302 §§ A3 |
| 5 / Driv While Oper Priv Susp Or Revoked | Proceed to Court | S | | 75 § 1543 §§ A |

### COMMONWEALTH INFORMATION

Name:    Daniel Jerome Sodus

Assistant District Attorney

Supreme Court No:    063114

Phone Number(s):

   717-240-6210   (Phone)

Address:

   Cumberland CO Da's Office

   1 Court House Sq RM 202

   Carlisle, PA  17013-3322

### ATTORNEY INFORMATION

Name:

Supreme Court No:

Rep. Status:

Phone Number(s):

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/28/2018 | | Gibson, Michael R. |
| Bail Posted - Elam, Rashaan Mechelle | | | |
| 2 | 01/28/2018 | | Day, Susan K. |
| Bail Set - Elam, Rashaan Mechelle | | | |
| 1 | 05/07/2018 | | Court of Common Pleas - Cumberland County |
| Original Papers Received from Lower Court | | | |
| 1 | 07/09/2018 | | Elam, Rashaan Mechelle |
| Wrrit of Mandamus & Habeas Corpus, filed. | | | |

CPCMS 9082

Printed: 08/29/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF CUMBERLAND COUNTY

## DOCKET



**Docket Number: CP-21-CR-0001262-2018**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Rashaan Mechelle Elam

Page 4 of 5

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/11/2018 | 07/10/2018 | Brewbaker, Jessica E. |

Order of Court, Filed. 07-10-2018 In RE: Writ of Mandamus and Habeas Corpus

Upon consideration of the Writ of Mandamus and Habeas Corpus, the Commonwealth is DIRECTED pursuant to PA Rule of Criminal Procedure 577, tp file a response within 10 days of this order.

Copies mailed & delivered 07-12-2018

| | | | |
|---|---|---|---|
| 2 | 07/17/2018 | | Elam, Rashaan Mechelle |

Bail Motion, filed.

| | | | |
|---|---|---|---|
| 1 | 07/18/2018 | | Commonwealth of Pennsylvania |

Information Filed

| | | | |
|---|---|---|---|
| 2 | 07/19/2018 | | Court of Common Pleas - Cumberland County |

formal arraignment scheduled for 7/31/18 at 9:30 AM in courtroom 3
copies delivered/mailed by court admin on 7/19/18.

| | | | |
|---|---|---|---|
| 1 | 07/20/2018 | | Commonwealth of Pennsylvania |

Answer and New Matter, filed.

| | | | |
|---|---|---|---|
| 1 | 07/24/2018 | 07/23/2018 | Brewbaker, Jessica E. |

Order of Court, Filed. 07-23-2018 In RE: Writ of Mandamus and Habeas Corpus

Upon consideration of the Defendants Writ of Mandamus and Habeas Corpus, and the Commonwealths Answer and New Matter thereto, it is hereby ORDERED that the Defendants motion is DENIED.

Copies delivered & mailed 07-26-2018

| | | | |
|---|---|---|---|
| 1 | 08/14/2018 | | Elam, Rashaan Mechelle |

Order to Clerk of Court to Perform Specific Ministerial Acts in Accordance with Supreme Court of the United States Matter "United States v. Lombardo, Filed.

| | | | |
|---|---|---|---|
| 2 | 08/14/2018 | | Elam, Rashaan Mechelle |

Notice of Protest, Filed.

| | | | |
|---|---|---|---|
| 3 | 08/14/2018 | | Elam, Rashaan Mechelle |

Order to Clerk of Court to Perform Specific Ministerial Acts in Accordance with Supreme Court of the United States Matter "United States v. Lombardo, Filed.

Printed: 08/29/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF CUMBERLAND COUNTY

## DOCKET



**Docket Number: CP-21-CR-0001262-2018**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Rashaan Mechelle Elam

Page 5 of 5

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 08/14/2018 | | Elam, Rashaan Mechelle |
| Declaration and Notice Demanding and Reserving Right to Trial by Jury By My Peers, Filed. | | | |
| 5 | 08/14/2018 | | Elam, Rashaan Mechelle |
| Proof of Service, Filed. | | | |
| 1 | 08/16/2018 | | Elam, Rashaan Mechelle |
| Release of Personal Property from Escrow, filed. | | | |
| 1 | 08/28/2018 | | Elam, Rashaan Mechelle |
| Letter Rogatory For Relief, Filed. | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.