IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELAM, RASHAAN, MECHELLE,** | : | Civil No. 1: 18-mc-0501 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JOSH SHAPIRO, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion to dismiss filed by the Honorable Jessica Brubaker, the Honorable Edward Guido, the Honorable Christylee Peck, and the Honorable Thomas Placey ("Judicial Defendants") is **GRANTED** as follows:

1. The Clerk of Court is directed to assign this case a Civil Docket Number and close the above-captioned Miscellaneous Case;

2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE** with respect to the Judicial Defendants;

3. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** as to all remaining defendants;

4. Plaintiff is **HEREBY ORDERED** to pay the balance of the civil case filing fee or file a motion to proceed *in forma pauperis* if she desires to

file an amended complaint or any other subsequent filings in the newly-docketed civil case;

5. The Clerk of Court is instructed to close the newly-docketed civil case.

                                           s/Sylvia H. Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: September 6, 2018